## CLOWER v. LANGLEY.

GILBERT, J. Exception is taken to the refusal of an injunction to restrain the execution of a dispossessory warrant. The brief of counsel for the plaintiff recites that " since the filing of the bill of exceptions in this case, about ten days ago, plaintiff was dispossessed by the marshal of the municipal court; she is no longer in possession of the premises involved in this action; and therefore the questions involved are moot." The bill of exceptions is therefore dismissed. *Clements* v. *Wilkerson,* 151 *Ga.* 467 (107 S. E. 47).

*Writ of error dismissed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2955. MARCH 18, 1922.

Petition for injunction. Before Judge Pendleton. Fulton superior court. November 9, 1921.

*William H. Terrell,* for plaintiff.

*Richard B. Russell* and *Robert L. Russell,* for defendant.